UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Respondents. | CASE NO. 2:22-cv-00768-DGE-JRC<br><br>REPORT AND RECOMMENDATION<br><br>NOTED FOR:  July 8, 2022 |

This matter is before the Court on referral from the district court and on petitioner's application to proceed *in forma pauperis* ("IFP").  Dkt. 1.

It is not clear the relief from petitioner's motion that he filed to initiate this case whether he intends to proceed with a habeas petition or some other form of action. *See* Dkt. 1.  However, the Court will interpret petitioner's cause of action as a petition for writ of habeas corpus under 28 U.S.C. § 2254 because petitioner returned the Court's IFP form and checked the form's box indicating that his action proceeds under 28 U.S.C. § 2254. Dkt. 3, at 1.

REPORT AND RECOMMENDATION - 1

An Order of this Court provides for the return without filing of any petition by petitioner that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253, or 2254, unless accompanied by the filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997). Petitioner has not submitted the filing fee. Further, petitioner may not proceed with a second or successive habeas petition here unless and until the Ninth Circuit authorizes its filing, which it has not done. *See* 28 U.S.C. § 2244(b)(3)(A). Accordingly, the Court recommends that this matter be administratively closed and a certificate of appealability be denied.

Pursuant to 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), the parties shall have fourteen (14) days from service of this Report to file written objections. *See also* Fed. R. Civ. P. 6. Failure to file objections will result in a waiver of those objections for purposes of de novo review by the district judge. *See* 28 U.S.C. § 636(b)(1)(C). Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the clerk is directed to set the matter for consideration on July 8, 2022, as noted in the caption.

Dated this 21st day of June, 2022.

J. Richard Creatura
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION - 2