UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOHN ROBERT DEMOS, JR.,<br><br>                    Petitioner,<br><br>        v.<br><br>UNITED STATES OF AMERICA et al.,<br><br>                    Respondent. | CASE NO. 2:22-cv-00768-DGE<br><br>ORDER ADOPTING THE REPORT AND RECOMMENDATION (DKT. NO. 5) |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. (Dkt. No. 5.) Having reviewed the R&R and Petitioner's Objections (Dkt. No. 6), the Court enters the following Order.

**I.      DISCUSSION**

Petitioner John Demos, Jr., a state prisoner, filed what the Clerk construed as a Proposed Petition for Writ of Habeas Corpus on June 2, 2022. (Dkt. No. 1.) Petitioner subsequently filed two applications to proceed *in forma pauperis* indicating he would like to file a petition for writ of habeas corpus under 28 U.S.C. § 2254. (Dkt. Nos. 3, 4.) As the initial filing was difficult to

ORDER ADOPTING THE REPORT AND RECOMMENDATION (DKT. NO. 5) - 1

understand, the R&R concluded that Petitioner's filing should be construed as a petition for a writ of habeas corpus. (Dkt. No. 5 at 1) (citing Dkt. No. 3 at 1.)

Petitioner is under pre-filing bar orders in multiple courts, including this Court. *See, e.g., Demos v. Storrie*, 507 U.S. 290, 290–91 (1993). An Order of this Court provides for the return without filing of any petition that seeks an extraordinary writ pursuant to 28 U.S.C. §§ 1651, 2253 or 2254, unless accompanied by the requisite filing fee. *See Demos v. Stanley*, MC97-0031-JLW (W.D. Wash. Mar. 13, 1997). The Court has carefully considered Petitioner's Objections to the R&R. (Dkt. No. 6.) Petitioner does not contest the R&R's conclusion that he seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court agrees with the R&R that Petitioner's purported filing is properly construed as a petition for a writ of habeas corpus. Therefore, Petitioner improperly filed his § 2254 petition because he did not pay the filing fee.

## II.  CONCLUSION

For the foregoing reasons, the Court ORDERS:

(1) The Court adopts the Report and Recommendation (Dkt. No. 5).

(2) Petitioner's federal habeas matter is administratively closed.

(3) A certificate of appealability is denied in this case.

(4) The Clerk is directed to send a copy of this Order to Judge Creatura.

Dated this 21st day of July 2022.



David G. Estudillo
United States District Judge